IN THE

UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

Docket No. 18-80050

HUU NGUYEN, individually, and on behalf of
a class of similarly situated individuals,
*Plaintiff-Petitioner*,

v.

NISSAN NORTH AMERICA, INC., a California corporation,
*Defendant-Respondent*.

APPEAL FROM AN ORDER OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
5:16-CV-05591-LHK (NCx)

**AMENDED CERTIFICATE OF SERVICE OF
PETITION TO NINTH CIRCUIT FOR PERMISSION
TO APPEAL ORDER DENYING MOTION FOR CLASS
CERTIFICATION PURSUANT TO RULE 23(f)**

CAPSTONE LAW APC
GLENN A. DANAS (SBN 270317)
JORDAN L. LURIE (SBN 130013)
JOHN E. STOBART (SBN 248741)
GLENN.DANAS@CAPSTONELAWYERS.COM
JORDAN.LURIE@CAPSTONELAWYERS.COM
JOHN.STOBART@CAPSTONELAWYERS.COM
1875 CENTURY PARK EAST, STE.1000
LOS ANGELES, CALIFORNIA 90067
TEL: (310) 556-4811; FACSIMILE: (310) 943-0396

*Attorneys for Plaintiff-Petitioner*
HUU NGUYEN

## AMENDED CERTIFICATE OF SERVICE

I am employed in the State of California, County of Los Angeles. I am over the age of 18 and not a party to the within suit; my business address is 1875 Century Park East, Suite 1000, Los Angeles, California 90067.

I hereby certify that on April 23, 2018 I electronically filed the foregoing **PETITION TO NINTH CIRCUIT FOR PERMISSION TO APPEAL ORDER DENYING MOTION FOR CLASS CERTIFICATION PURSUANT TO RULE 23(f)** with United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

**[X]** As of **April 23, 2018**, the following Participants in the case were not registered CM/ECF users and were served by mailing the above document(s) by First-Class Mail, postage prepaid. **An Amended Certificate of Service will be efiled to reflect the Court's appellate CM/ECF system registration and ECF electronic service on said participants when same are effected following this efiling and mail service.**

### Attorneys for Defendant/Respondent
### NISSAN NORTH AMERICA, INC.

| | |
|---|---|
| Michael J. Stortz (SBN 139386)<br>Marshall L. Baker (SBN 300987)<br>Drinker Biddle & Reath, LLP<br>50 Fremont Street, 20th Floor<br>San Francisco, CA 94105-2235<br>(415) 591-7500, Fax (415) 591-7510<br>Michael.stortz@dbr.com<br>Marshall.baker@dbr.com | Paul Cauley, Esq.<br>Vance Wittie, Esq.<br>Drinker Biddle & Reath, LLP<br>1717 Main Street, Suite 5400<br>Dallas, Texas 75201<br>(469) 357-2500; Fax: (469) 327-0860<br>paul.cauley@dbr.com<br>vance.wittie@dbr.com |
| Marshall Lee Benjamin Baker, Esq.<br>Drinker Biddle Reath LLP<br>1800 Century Park East, #1500<br>Los Angeles, CA 90067<br>310-203-4000 ; Fax: 310-229-1285<br>marshall.baker@dbr.com | Paul Jeffrey Riehle<br>Sedgwick LLP<br>333 Bush Street, 30th Floor<br>San Francisco, CA 94104<br>415-781-7900, Fax: 415-781-2635<br>paul.riehle@sedgwicklaw.com |

1

**[X]  As of April 24, 2018**, the Court registered the following participants in this case in its appellate CM/ECF system and on that date, effected electronic service of the above document(s) via the appellate CM/ECF system.

**Attorneys for Defendant/Respondent**
**NISSAN NORTH AMERICA, INC.**

| Michael J. Stortz<br>Drinker Biddle & Reath, LLP<br>50 Fremont Street, 20th Floor<br>San Francisco, CA 94105-2235<br>(415) 591-7500, Fax (415) 591-7510<br>Michael.stortz@dbr.com | Vance Wittie, Esq.<br>Drinker Biddle & Reath, LLP<br>1717 Main Street, Suite 5400<br>Dallas, Texas 75201<br>(469) 357-2500;  Fax: (469) 327-0860<br>vance.wittie@dbr.com |
|---|---|

☒  **BY MAIL (ENCLOSED IN A SEALED ENVELOPE)** *(as designated)*. **On April 23, 2018,** I deposited the envelope(s) for mailing in the ordinary course of business at Los Angeles, California.  I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing.  Under that practice, sealed envelopes are deposited with the U.S. Postal Service that same day in the ordinary course of business with postage thereon fully prepaid at Los Angeles, California.

☐  **BY E-MAIL**: I hereby certify that this document was served from Los Angeles, California, by e-mail delivery on the parties listed herein at their most recent known e-mail address or e-mail of record in this action.

☒  **VIA CM/ECF**, *as designated.* I hereby certify that on **April 24, 2018**, this document was served via the Ninth Circuit CM/ECF on the parties.  Notice of this filing was served by e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing.  As of **April 24, 2018**, the parties or their counsel were registered as ECF filers and were electronically served by the CM/ECF system.

☒  **(FEDERAL)**  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California and the laws of the United States of America that the foregoing is true and correct.

Executed on **April 24, 2018**, 2018 at Los Angeles, California.

| Patti A. Diroff | */ S / Patti A. Diroff* |
|---|---|
| Typed or Printed Name | Signature |