|  | **FILED** |
|---|---|
| UNITED STATES COURT OF APPEALS | |
| FOR THE NINTH CIRCUIT | JUL 20 2018 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

HUU NGUYEN, individually, and on behalf of a class of similarly situated individuals,

        Plaintiff-Petitioner,

 v.

NISSAN NORTH AMERICA, INC., a California Corporation,

        Defendant-Respondent.

No.   18-80050

D.C. No. 5:16-cv-05591-LHK
Northern District of California,
San Jose

ORDER

Before: TASHIMA and GRABER, Circuit Judges.

The court, in its discretion, grants the petition for permission to appeal the district court's April 9, 2018 order denying class action certification. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005).

Within 14 days after the date of this order, petitioner shall perfect the appeal in accordance with Federal Rule of Appellate Procedure 5(d).

sz/MOATT